# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| Richard A. Miller, Sr., | : | |
| Plaintiff, | : | Case No. 3:08-cv-355 |
| - vs - | : | District Judge Walter Herbert Rice |
| | | Magistrate Judge Michael R. Merz |
| Berkshire Healthcare System, Inc. et al., | : | |
| Defendant. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #15), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Plaintiff's state law claims are dismissed without prejudice as a matter of discretion under § 1367. The clerk to enter judgment accordingly.

February _____, 2009.

_____
Walter Herbert Rice
United States District Judge